UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JERRY FRANCIS

CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL

NO.: 15-00411-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 18)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommends dismissing this action as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to whatever right Plaintiff may have to re-assert timely and appropriate claims in a habeas corpus proceeding after the exhaustion of state court remedies.

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 18). Petitioner filed an untimely objection. (Doc. 19).[1] Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and

---

[1] Even if the Court considered Petitioner's objection, the Court would still adopt the Magistrate Judge's Recommendation because Petitioner does not explain how he has exhausted his state court remedies.

1

Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 18)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to whatever right Plaintiff may have to re-assert timely and appropriate claims in a habeas corpus proceeding after the exhaustion of state court remedies.

Baton Rouge, Louisiana, this 27th day of April, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA